EDMUND D. CROSLEY, Respondent *v.* CALVIN F. COBB, Appellant.

(Argued October 2, 1888, decided October 16, 1888.)

APPEAL from order of the General Term of the Supreme Court in the fourth judicial department, made November 9, 1886, which affirmed an order of Special Term setting aside a taxation of costs herein.

*Franklin Pierce* for appellant.

*A. P. Smith* for respondent.

Agree to affirm; no opinion.
All concur.
Order affirmed.

---

DWIGHT L. SWEET, Respondent *v.* JAMES N. NORRIS, Appellant.

(Argued October 2, 1888; decided October 16, 1888.)

APPEAL from order of the General Term of the Supreme Court in the fourth judicial department, made September 20, 1887, which affirmed an order of Special Term denying a motion to set aside an execution against the person issued herein.

*E. Countryman* for appellant.

*H. D. Newton* for respondent.

Agree to affirm; no opinion.
All concur.
Order affirmed.